1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7



FILED

MAY 2 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 IN THE MATTER OF THE SEARCH OF: | SW NO. 1:12-SW-00138 GSA |
|---|---|
| 12 | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| 13 3850 LEXAR DRIVE, APARTMENT #12, CERES, CA | |
| 14 | |

15   Upon application of the United States of America and good cause having been shown,

16   IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-
17   captioned proceeding be and are hereby unsealed.

18   Date: May 19, 2013

19                                              _____
20                                              ANTHONY W. ISHII
                                                United States District Court Judge
21

22

23

24

25

26

27

28

Request to Unseal Search Warrant Affidavit        1